ACCEPTED
12-15-00078-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/24/2015 2:48:56 PM
CATHY LUSK
CLERK

## NO. 12-15-00078-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **12th COURT** |
| | § | |
| **BRANDON PAUL COUCH** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/24/2015 2:48:56 PM

CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Brandon Paul Couch, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 354th Judicial District Court of Rains County, Texas.

2.  The case below was styled the STATE OF TEXAS vs. Brandon Paul Couch, and numbered 5354.

3.  Appellant was convicted of Murder.

4.  Appellant was assessed a sentence of 40 years on March 26, 2015.

5.  Notice of appeal was given on Murder.

6.  The reporter's record was filed on May 25, 2014.

7.  The appellate brief is presently due on July 24, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. August 24, 2015.

9.     One extension to file the brief has been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

    A.     Appellant's case raises several areas of appellate consideration many of which are quite complex.

    B.     This is a Murder case that involves a severe sentence and all appellate issues should be given sufficient consideration and time to be developed and properly briefed on appeal.

    C.     Although Appellant's attorney has spent considerable time thus far, he need additional time to properly prepare Appellant's Brief.

    D.     Further, Appellant's attorney prepared and filed an Appellant's Brief in the 6th Court of Appeals, Appellate No. 06-14-00208-CR, Tony Dewayne Crayton v. The State of Texas on 7/11/15.

    E.     Appellant's attorney has spent extensive time in court appearing on the following dates and cases:

    1. Rains County District Court

        a. 07/02/15 State of Texas v. William Jason Pugh, Cause

No.5406

  b. 07/02/2015 State of Texas v. Jason Sipes;

2. Wood County District Court:

  a. 07/16/15 State of Texas v. Thomas Mays;

3. Hunt County District Court:

  a. 07/22/15 State of Texas v. Kendrick Mosley, Cause No. 1401429;

4. Hopkins County District Court:

  a. 07/23/15 State of Texas v. Russell Krinning, Cause No. 1524581

  b. 07/23/15 State of Texas v. Robert Morgan

  c. 07/23/15 State of Texas v. Michael Stone

  d. 07/23/15 State of Texas v. Thomas Mays

  e. 07/23/15 State of Texas v. Tallan Askew

  f. 07/23/15 State of Texas v. Errand Obrian Tinner, Cause No. 1323626;

5. Delta County District Court:

  a. 07/24/15 State of Texas v. Brandon Flanery, Cause No. 7407

  b. 07/24/15 State of Texas v. Britney Jester, Cause No.

7431Rains County District Court

    c. 07/02/15 State of Texas v. William Jason Pugh, Cause No.5406

    d. 07/02/2015 State of Texas v. Jason Sipes;

6. Wood County District Court:

    a. 07/16/15 State of Texas v. Thomas Mays;

7. Hunt County District Court:

    a. 07/22/15 State of Texas v. Kendrick Mosley, Cause No. 1401429;

8. Hopkins County District Court:

    a. 07/23/15 State of Texas v. Russell Krinning, Cause No. 1524581

    b. 07/23/15 State of Texas v. Robert Morgan

    c. 07/23/15 State of Texas v. Michael Stone

    d. 07/23/15 State of Texas v. Thomas Mays

    e. 07/23/15 State of Texas v. Tallan Askew

    f. 07/23/15 State of Texas v. Errand Obrian Tinner, Cause No. 1323626;

9. Delta County District Court:

    a. 07/24/15 State of Texas v. Brandon Flanery, Cause No.

7407

b. 07/24/15 State of Texas v. Britney Jester, Cause No. 7431.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704


By: /s/ Martin Braddy
    Martin Braddy
    State Bar No. 00796240
    martin.braddy@verizon.net
    Attorney for Brandon Paul Couch

## CERTIFICATE OF SERVICE

This is to certify that on July 24, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Rains County, by electronic service through the Electronic Filing Manager.


/s/ Martin Braddy
Martin Braddy